UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STACEY LATOUR, Individually and on
behalf of all others similarly situated,
    Plaintiff(s),

v.

BOSTON DUCK TOURS, LP,
SEAWEED, INC., CYNTHIA L. BROWN
and ANTHONY J. CERULLE,
    Defendants.

CIVIL ACTION NO.
21-10003-DPW

## ORDER OF DISMISSAL

WOODLOCK, D.J.

In accordance with this Court's allowance of the Defendants' Motion for Summary Judgment and Motion to Dismiss on September 14, 2022, it is hereby ORDERED:

On Count One (FLSA claims), Judgment for the Defendants against the Plaintiff(s) with prejudice;

On Count Two (Massachusetts Wage Act), DISMISSED without prejudice;

The above-entitled action be, and hereby is, DISMISSED.

BY THE COURT,

*/s/ Barbara I. Beatty*
Deputy Clerk

DATED: September 14, 2022